**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

RE: APRIL POTTORFF                              CASE NO. : 4:05-14406
                                                                    CHAPTER 13

## MOTION FOR AUTHORITY TO SELL REAL ESTATE

Comes now the Debtor above by and through their undersigned attorney and for his Motion for Authority to Sell Real Estate state:

1. That among the assets owned by the Debtor is her home located at 6612 Beacon Street in Little Rock, Arkansas.

2. That it is in the best interest of Debtor's estate that said realty be sold. Debtor has an offer to purchase said realty made by Brett Tucker for the gross sum of $106,650.00 less the usual costs of a sale of realty. Debtor proposes to sell said realty immediately upon entry of the Order granting Debtor's Motion.

3. That said realty is security for the mortgage claim of Wells Fargo, in the amount of $102,000.00 as of December 9, 2009 plus interest. Debtor proposes to sell said real property and pay the claim aforesaid and to retain any excess proceeds as her exempt property.

WHEREFORE, Debtor prays that this Honorable Court enter an Order authorizing the sale of the above described realty to Brett Tucker on the terms set forth hereinabove.

Respectfully submitted,

Niblock & Bueker
Attorneys at Law
P.O. Box 1208
Stuttgart, AR  72160
(870) 673-8444

BY: **/s/ Jeremy Bueker**
        G. Gregory Niblock 88047
        Jeremy Bueker 2001252